IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Steven Galanis

    Plaintiff(s)

v.

Starbucks Corporation

    Defendant(s)

Case No. 16 C 4705

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)

in the amount of $ _____ ,

which ☐ includes    pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☑ in favor of defendant(s) Starbucks Corporation

and against plaintiff(s) Steven Galanis

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Thomas M. Durkin on a motion to dismiss.

Date: 11/17/2016

Thomas G. Bruton, Clerk of Court

/s/ Sandy Newland_____, Deputy Clerk